OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

March 14, 2007

~~SEALED~~
UNSEALED
4/4/07 KJK

Jan A. T. van Amerongen, Jr., Esq.
1225 North King Street, Suite #301
Wilmington, DE 19801

      RE: U.S.A. v. Gilberto Zarco
          Case No. 07-41M-MPT
          **SEALED    CASE**

CR07-49-UNA

Dear Mr. van Amerongen:

    Enclosed is a copy of the Court's order appointing you counsel under the Criminal Justice Act in the above criminal case. This appointment requires representation of the defendant for all proceedings in this Court. When the proceedings in this Court are completed, the attached voucher should be submitted to this office <u>within 45 days</u> for approval of payment. Please complete box 21, Case Disposition, using the Case Disposition Codes provided.

    If an appeal is taken in this matter the Court of Appeals will generally appoint you to represent the defendant for the appellate proceedings. The Clerk of the 3rd Circuit Court of Appeals will issue another CJA voucher for service rendered in their Court. If the Notice of Appeal is filed and you wish to withdraw as counsel, please address said motion to the Clerk, 3rd Circuit Court of Appeals.

FILED
MAR 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

PETER T. DALLEO, CLERK

BY: _____
      Deputy Clerk

PTD/bkb
enclosure

cc: Sophie E. Bryan, Esq.